IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00166-BNB

ROBERT WAYNE ROBINSON,

    Plaintiff,

v.

KEVIN ELLMAN,
JULIET MINOR,
STEVE SCHOENMAKERS,
SANDRA MACINTOSH,
JOSE VEGA,
PAUL MATTOX, and
COLORADO DEPARTMENT OF HUMAN SERVICES, in their individual and
    official capacities,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 14 2008

GREGORY C. LANGHAM
    CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Plaintiff's motion, filed with the Court on February 20, 2008, seeking to withdraw the amended prisoner complaint filed with the Court on February 6, 2008, is DENIED as unnecessary.

Dated: March 14, 2008

Copy of this Minute Order mailed on March 14, 2008, to the following:

Robert Wayne Robinson
Prisoner No. 49082
Arkansas Valley Corr. Facility
PO Box 1000 - 4-C
Crowley, CO 81034

                                                    Secretary/Deputy Clerk